AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 26, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JONATHAN BROOKS HAWKINS | ) |
| *Plaintiff* | ) |
| v. | ) |
| C/O JOHN HEINEN, SGT JANE COLLINS, LT JOHN POTOLICHIO, | ) |
| C/O JANE HART, C/O JOHN JUDD, C/O JANE GONZALES, C/O | ) |
| JOHN GARCIA, JEFFERY A. UTTECHT, MELISSA ANDREWJESKI, | |
| SHERYL STRANGE, CUS JOHN HORN, and SGT JOHN MOONEY | |
| *Defendant* | |

Civil Action No.   4:24-CV-05116-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 12, is GRANTED. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a).

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian _____

Date:  12/16/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/Wendy Kirkham _____

*(By) Deputy Clerk*

Wendy Kirkham _____