AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 27, 2024**

SEAN F. McAVOY, CLERK

JONATHAN BROOKS HAWKINS )
*Plaintiff* )
v. )
C/O JOHN HEINEN, SGT JANE COLLINS, LT JOHN POTOLICHIO, )
C/O JANE HART, C/O JOHN JUDD, C/O JANE GONZALES, C/O )
JOHN GARCIA, JEFFERY A. UTTECHT, MELISSA ANDREWJESKI, )
SHERYL STRANGE, CUS JOHN HORN, and SGT JOHN MOONEY )
*Defendant*

Civil Action No. 4:24-cv-05116-SAB

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 12, is GRANTED. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian

Date: 12/27/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham